UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GARY CASTERLOW-BEY,<br><br>                Plaintiff,<br>    v.<br><br>TIFFANY GARCIA, et al.,<br><br>                Defendants. | CASE NO. C17-5856 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 10. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**;

    (2)    Plaintiff's November 1, 2017, IFP application (Dkt. 5) is stricken; and

    (3)    Plaintiff's application to proceed *in forma pauperis* (Dkt. 6) is **DENIED.**

Plaintiff is directed to pay the $400.00 filing fee within **thirty (30) days** of this Order or this case will be dismissed.

Dated this 10th day of April, 2018.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER